```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Timothy O'Mara

    v.                                           Case No. 22-cv-380-SM-AJ

NH State Prison for Men, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 28, 2023, for the reasons set forth there. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

So Ordered.

                                                /s/ Steven J. McAuliffe
                                                Steven J. McAuliffe
                                                United States District Judge

Date: March 21, 2024

cc:  Timothy O'Mara, pro se
      Catherine Denny, Esq.