UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Timothy O'Mara

        v.                                          Case No. 22-cv-380-SM

NH State Prison for Men, Commissioner et al



ORDER

    No objection having been filed, I herewith approve the Report and

Recommendation of Magistrate Judge Andrea K. Johnstone dated March 6,

2025, for the reasons set forth therein.  "'[O]nly those issues fairly

raised by the objections to the magistrate's report are subject to

review in the district court and those not preserved by such objection

are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins.

Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary

of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also

United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after

proper notice, failure to file a specific objection to magistrate's

report will waive the right to appeal).

    The clerk of court shall enter judgment and close the case.

    **So Ordered.**


                                        _____
                                        Steven J. McAuliffe
                                        United States District Judge


Date: March 31, 2025

cc:  Timothy O'Mara, pro se
     Catherine Denny, Esq.